Mark D. Estle, SBN 135004
Michael R. Gonzales, SBN 261302
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Mark.Estle@BuckleyMadole.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| In re: | Case No. 14-54241 |
|---|---|
| Emma M Flores, | Chapter 13 |
| | **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN** |
| | Hearing: |
| | *[Trustee's Pending List]* |
| Debtor. | |

TO THE HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as Trustee for Normandy Mortgage Loan Trust, Series 2013-17 ("Secured Creditor") hereby withdraws its Objection to Confirmation of Plan (the "Objection") filed as docket entry number 18 in the above-captioned matter. On or about January 22, 2015, Secured Creditor mailed Debtor a loan modification application packet.

Dated: 1/26/2015

                                                                            Respectfully Submitted,
                                                                            Buckley Madole, P.C.

                                                         By:    */s/ Mark D. Estle*
                                                                    Mark D. Estle
                                                                    Attorney for Secured Creditor