DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

FLORES, EMMA M

Debtor(s)

Chapter 13
Case No. 14-54241 ASW

First Amended
TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

Confirmation Date: N/A – Trustee's Pending List

Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The Trustee is unable to determine if the plan is in compliance with 11 U.S.C. §1325(a)(4). Schedule A lists the debtor's real property at 231 East Empire St. San Jose, CA with a fair market value of $599,445. The Trustee requests that the debtor obtain a broker's opinion as to the value of the real property as of the date the case was filed. The broker's opinion must include a detailed description of the property (i.e. square footage, lot size, number of bedrooms/bathrooms, condition) and must include copies of the documentation used to determine the value.

2. The Trustee is unable to determine if the Plan is in compliance with 11 U.S.C. §1325(a)(4). The Trustee has filed a separate objection to the debtor's claimed exemptions which must be resolved prior to the Trustee recommending confirmation.

3. The Trustee is unable to determine if the Plan is in compliance with 11 U.S.C. §1325(a)(5)). The debtor lists Robert L Johnson and Monya R Johnson in Section 4 of the Plan; however, has omitted the ongoing payment amount. An Amended Plan must be filed. Note: The debtor lists the monthly payment of $0.00

4. The Trustee is unable to determine if the Plan is in compliance with 11 U.S.C. §1325(a)(5)). The debtor has listed Ocwen Loan Servicing LLC in Section 7 of the Plan; however, failed to list said creditor in Section 4 of the Plan for the debtor to be the disbursing agent on the on-going mortgage payments. An Amended Plan must be filed.

5. The Trustee questions the feasibility of the Plan pursuant to 11 U.S.C. §1325(a)(6). It appears the debtor has omitted her ongoing mortgage payments to "Robert L. Johnson and Monya R. Johnson" and "Ocwen Loan Servicing, LLC" from Schedule J. An amended Schedule J must be filed.

//
//

6. Pursuant to the "Guidelines Regarding Residential Loan Modifications In Chapter 13 Plans for the San Jose and San Francisco Divisions," the debtors are required to file and serve a declaration on the Chapter 13 Trustee providing certain information about loan modifications for first mortgage loans secured by a debtors residence. The deadline for filing the declaration is the §341 meeting. No declaration has been filed by this deadline and it appears from the plan that the debtor is proposing to modify a first mortgage loan on a residence. The Trustee requests that the debtor provide her with the declaration required by the guidelines.

Dated: January 28, 2015  /S/ Devin Derham-Burk

Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within First Amended Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 28, 2015.

Said envelopes were addressed as follows:

| | |
|---|---|
| Emma M Flores<br>231 E Empire St<br>San Jose, CA 95112 | Law Offices of David A Boone<br>1611 The Alameda<br>San Jose, CA 95126 |

/S/ Mary Lou Amaral
Office of Devin Derham-Burk, Trustee